UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00348
    DEBORAH A DOYLE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-5862

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
        The case was filed on 01/09/2007 and was confirmed 03/28/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

        The case was dismissed after confirmation 04/10/2008.
---------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | MORTGAGE ARRE | 2152.02 | .00 | 2152.02 |
| HSBC BANK N | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA BANK | UNSECURED | 4468.04 | .00 | 606.27 |
| CAPITAL ONE | UNSECURED | 1663.28 | .00 | 225.69 |
| CAPITAL ONE | UNSECURED | 1610.73 | .00 | 218.55 |
| CAPITAL FIRST BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARLE FOUNDATION HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CENTURION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JOHN M DAMAS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 524.62 | .00 | 71.18 |
| SULLIVAN UR | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | 6044.95 | .00 | 820.22 |
| MCI COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1386.62 | .00 | 188.15 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 810.09 | .00 | 109.93 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,333.00 | | 2,333.00 |
| TOM VAUGHN | TRUSTEE | | | 463.95 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 7,188.96

PRIORITY                                        .00
SECURED                                     2,152.02
UNSECURED                                   2,239.99
ADMINISTRATIVE                              2,333.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 00348 DEBORAH A DOYLE

```
TRUSTEE COMPENSATION                                        463.95
DEBTOR REFUND                                                  .00
                          ----------------    ----------------
TOTALS                          7,188.96            7,188.96
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/24/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE